IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN BETTENDORF,

    Plaintiff,

v.

ST. CROIX COUNTY and WISCONSIN
MUNICIPAL MUTUAL INSURANCE
COMPANY,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-656-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants St. Croix County and Wisconsin Municipal Mutual Insurance Company against plaintiff John Bettendorf granting defendants' motion for summary judgment.

_____
Peter Oppeneer, Clerk of Court

1/20/10
Date